IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| SHEILA BOYLL, on behalf of herself and all others similarly situated, | ) ) ) | C/A: 9:22-cv-04520-BHH |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) ) | |
| LEFT LEAD LIQUORS, LLC d/b/a ROLLERS SPIRITS, ROLLERS PARTY SHOP, ROLLERS, ROLLERS DISCOUNT BEVERAGE, & WINE, & CHEESE IF YOU PLEASE; JOHN KELSEY, individually, CAMILLE COPELAND, individually, | ) ) ) ) ) ) ) ) ) | **JOINT MOTION REQUESTING APPROVAL OF FAIR LABOR STANDARDS ACT SETTLEMENT** |
| Defendants. | | |

This matter comes before the Court by way of a Joint Motion to approve the settlement of the above civil action commenced by Sheila Boyll and Jordan Penna (collectively referred to as "Plaintiffs") against Left Lead Liquors, LLC d/b/a Rollers Spirits, Rollers Party Shop, Rollers, Rollers Discount Beverage, & Wine & Cheese If You Please ("LLL"); John Kelsey ("Kelsey"), individually; and Camille Copeland ("Copeland"), individually (LLL, Kelsey and Copeland, jointly, "Defendants"). Plaintiffs and Defendant are collectively referred to as "the Parties" in this Motion.

In the First Amended Complaint, Plaintiffs allege Defendant violated the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.,* by failing to pay the proper rate for all hours worked overtime. The Parties have agreed upon a monetary settlement to resolve Plaintiffs' claims against Defendants. As of the filing of this Motion, Defendants have tendered an amount to counsel for Plaintiffs that the Parties agree constitutes the full relief Plaintiffs could possibly recover from Defendants should they prevail in this lawsuit. The amount tendered by Defendants fully

compensates Plaintiffs for the following components of damages: failure to pay proper overtime wage and liquidated damages. The parties move the court to approve the settlement.

Defendants have also agreed to pay Plaintiffs for their attorney's fees and costs. Attached is the **Declaration of Bruce Miller – Exhibit 1** to support this award. The parties also move this court to approve the agreed upon attorney's fees and costs.

Based upon the foregoing, the Parties hereby move for a Court Order approving the **Settlement Agreement - Exhibit 2**.

The Parties so move.

| **BRUCE E. MILLER, P.A.** | **GIGNILLIAT, SAVITZ & BETTIS LLP** |
|---|---|
| __Bruce E. Miller_____ | __Christopher W. Johnson_____ |
| Bruce E. Miller, Fed ID #3393 | Christopher W. Johnson, Fed ID #7581 |
| 147 Wappoo Creek Drive, Suite 603 | 3700 Forest Drive, Suite 500 |
| Charleston, SC 29412 | Columbia, SC 29204 |
| Ph:     843.579.7373 | Ph:     803.799.9311 |
| Fax:    843.614.6417 | Fax:    803.254.6951 |
| Email:  bmiller@brucemillerlaw.com | Email:  cjohnson@gsblaw.net |
| *Attorney for Plaintiffs* | *Attorneys for Defendants* |
| | |
| Charleston, South Carolina | Columbia, South Carolina |
| July 18, 2023 | July 18, 2023 |