AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Sheila Boyll,<br>*Plaintiff*<br>v.<br>Left Lead Liquors, LLC et al,<br>*Defendant* | )<br>)<br>)  Civil Action No. 9:22-cv-04520-BHH<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The Court has ordered that

*(check one)*: ☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _ ), which includes prejudgment interest at the rate of ____%, plus postjudgment interest at the rate of _____%, along with costs.
*(name)*

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: IT IS ORDERED that the parties' joint motion to approve the settlement (ECF 32 ) is GRANTED, and the parties' settlement agreement, a copy of which is attached to the parties' joint motion (ECF 32-2) is approved. IT IS FURTHER ORDERED that this action, having been settled, is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ Decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Judge Thomas E. Rogers III, United States Magistrate Judge.

Date: August 15, 2023
Charleston, South Carolina

*ROBIN L. BLUME, CLERK OF COURT*

*s/D. Gray*

*Signature of Clerk or Deputy Clerk*